UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGALFORCE RAPC WORLDWIDE P.C.,

Plaintiff,

v.

MH SUB I, LLC,

Defendant.

No. C 24-00669 WHA

**ORDER RE MOTION FOR SANCTIONS**

Plaintiff filed a discovery letter brief (Dkt. No. 69); defendant responded (Dkt. No. 70). Now, plaintiff moves for sanctions stemming from defendant's response (Dkt. No. 72). The Court expects this motion to be decided by Special Master McElhinny. Any objection to this being decided by the special master must by filed **BY SEPTEMBER 30, 2024 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: September 25, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California