UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEGALFORCE RAPC WORLDWIDE P.C.,

Plaintiff,

v.

MH SUB I, LLC,

Defendant.

No. C 24-00669 WHA

**SANCTIONS ORDER**

On February 2, 2025, I issued on Order to Show Cause as to why I should not award sanctions against Defendant's counsel Steven A. Schuman for violation of the Local Rules and an Order of the Court (Dkt. No. 148).

On February 3, 2025, Mr. Schuman filed a response to my Order (Dkt. No. 154). While offering his explanation, Mr. Schuman concludes, "I do not oppose the sanctions and will pay them."

I have previously set out at length the purpose and benefits of the Local Rules issued by Judge Alsup. I have explained the costs and other injuries occasioned by the failure to respect them (Dkt. No. 139). As in the previous case, it is fair to require Mr. Schuman to remediate those costs. Mr. Schuman is therefore **ORDERED** to pay monetary sanctions in the amount of

United States District Court
Northern District of California

$150.00 to the Clerk of the Court no later than **FEBRUARY 14, 2025** for deposit into the District Court's Non-Appropriated Fund.

**IT IS SO ORDERED.**

Dated: February 4, 2025.

*/s/ Harold J. McElhinny*
HAROLD J. McELHINNY
SPECIAL MASTER

United States District Court
Northern District of California